<table>
<tr><td>

1  JOSHUA P. GILMORE
   Nevada Bar No. 11576
2  **BAILEY❖KENNEDY**
   8984 Spanish Ridge Avenue
3  Las Vegas, Nevada 89148-1302
   Telephone: 702.562.8820
4  Facsimile: 702.562.8821
   JGilmore@BaileyKennedy.com
5
   *Attorneys for Defendants*
6  SHAC, LLC d/b/a SAPPHIRE
   GENTLEMEN'S CLUB; and SHAC MT, LLC

</td></tr>
</table>

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| CIELO JEAN "CJ" GIBSON, EMMA GLOVER, JULIANNE KLAREN, LINA POSADA, MELANIE IGLESIAS, SANDRA VALENCIA, and VIDA GUERRA,<br><br>Plaintiffs,<br><br>vs.<br><br>SHAC, LLC d/b/a SAPPHIRE GENTLEMEN'S CLUB; SHAC MT, LLC,<br><br>Defendants. | Case No. 2:21-CV-01160-JCM-VCF<br><br>**STIPULATION TO EXTEND DEADLINE FOR RESPONSE TO COMPLAINT**<br><br>**(First Request)** |
|---|---|

Pursuant to LR IA 6-1, Plaintiffs Cielo Jean "CJ" Gibson, Emma Glover, Julianne Klaren, Lina Posada, Melanie Iglesias, Sandra Valencia, and Vida Guerra (collectively, "Plaintiffs"), by and through their counsel, and Defendants SHAC, LLC d/b/a Sapphire Gentlemen's Club and SHAC MT, LLC (together, "Defendants"), by and through their counsel, stipulate and agree as follows:

1. On June 17, 2021, Plaintiffs filed their Complaint (ECF No. 1);

2. On July 13, 2021, Defendants (through their counsel) executed Waivers of Service of Summons forms pursuant to Fed. R. Civ. P. 4(d) (ECF Nos. 5-6);

3. Defendants currently have until September 13, 2021 to respond to the Complaint;

4. Plaintiffs are in the process of preparing and filing a First Amended Complaint;

5. The time for Defendants to respond to the Complaint shall be extended to October 13, 2021, to allow time for Plaintiffs to file their First Amended Complaint. Defendants shall then have 14 days following service of the First Amended Complaint within which to respond; and

Page **1** of **2**

6.   This is the first stipulation for extension of time for Defendants to respond to the Complaint, and is sought in good faith and not for purposes of delay.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 9th day of September, 2021.    DATED this 9th day of September, 2021

ALVERSON TAYLOR & SANDERS    BAILEY❖KENNEDY

By:  /s/ David M. Sexton    By:  /s/ Joshua P. Gilmore
  KURT R. BONDS (Nv. Bar No. 6228)      JOSHUA P. GILMORE
  DAVID M. SEXTON (Nv. Bar No. 14951)
  6605 Grand Montecito Pkwy, Ste. 200    *Attorneys for Defendants*
  Las Vegas, NV  89149

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 9-9-2021