JOSHUA P. GILMORE
Nevada Bar No. 11576
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
JGilmore@BaileyKennedy.com

*Attorneys for Defendants*
SHAC, LLC d/b/a SAPPHIRE
GENTLEMEN'S CLUB; and SHAC MT, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CIELO JEAN "CJ" GIBSON, EMMA GLOVER, JULIANNE KLAREN, LINA POSADA, MELANIE IGLESIAS, SANDRA VALENCIA, and VIDA GUERRA,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>SHAC, LLC d/b/a SAPPHIRE GENTLEMEN'S CLUB; SHAC MT, LLC,<br><br>　　　　　　Defendants. | Case No.  2:21-CV-01160-JCM-VCF<br><br>**STIPULATION TO EXTEND DEADLINE FOR RESPONSE TO COMPLAINT**<br><br>**(Second Request)** |

　　　　Pursuant to LR IA 6-1, Plaintiffs Cielo Jean "CJ" Gibson, Emma Glover, Julianne Klaren, Lina Posada, Melanie Iglesias, Sandra Valencia, and Vida Guerra (collectively, "Plaintiffs"), by and through their counsel, and Defendants SHAC, LLC d/b/a Sapphire Gentlemen's Club and SHAC MT, LLC (together, "Defendants"), by and through their counsel, stipulate and agree as follows:

　　　　1.　　On June 17, 2021, Plaintiffs filed their Complaint (ECF No. 1);

　　　　2.　　On July 13, 2021, Defendants (through their counsel) executed Waivers of Service of Summons forms pursuant to Fed. R. Civ. P. 4(d) (ECF Nos. 5-6);

　　　　3.　　Pursuant to Stipulation of the parties (ECF No. 7) and this Court's Order entered on September 9, 2021 (ECF No. 8), Defendants currently have until October 13, 2021 to respond to the Complaint;

　　　　4.　　Plaintiffs are preparing to file a First Amended Complaint in this matter;

5.   The time for Defendants to respond to the Complaint shall be extended to November 12, 2021, to allow time for Plaintiffs to file their First Amended Complaint.  Defendants shall then have 14 days following service of the First Amended Complaint within which to respond; and

6.   This is the second stipulation for extension of time for Defendants to respond to the Complaint, and is sought in good faith and not for purposes of delay.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 12th day of October, 2021.

ALVERSON TAYLOR & SANDERS

By:   /s/ David M. Sexton
  KURT R. BONDS (Nv. Bar No. 6228)
  DAVID M. SEXTON (Nv. Bar No. 14951)
  6605 Grand Montecito Pkwy, Ste. 200
  Las Vegas, NV  89149

*Attorneys for Plaintiffs*

DATED this 12th day of October, 2021.

BAILEY❖KENNEDY

By:   /s/ Joshua P. Gilmore
  JOSHUA P. GILMORE

*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  10-12-2021