**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
DAVID M. SEXTON, ESQ.
Nevada Bar No. 14951
6605 Grand Montecito Pkwy., Ste 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CIELO JEAN "CJ" GIBSON, EMMA GLOVER, JULIANNE KLAREN, LINA POSADA, MELANIE IGLESIAS, SANDRA VALENCIA, and VIDA GUERRA,<br><br>      Plaintiffs,<br>vs.<br><br>SHAC, LLC d/b/a SAPPHIRE GENTLEMEN'S CLUB; SHAC MT. LLC; EVAN ZAPPOLA d/b/a VEGAS VIP KING<br><br>      Defendants. | Case No. 2:21-cv-01160-JCM-VCF<br><br>**STIPULATION TO EXTEND DEADLINE FOR RESPONSE TO DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

COME NOW Plaintiffs CIELO JEAN "CJ" GIBSON, EMMA GLOVER, JULIANNE KLAREN, LINA POSADA, MELANIE IGLESIAS, SANDRA VALENCIA, and VIDA GUERRA (collectively, "Plaintiffs"), by and through their counsel, and Defendants SHAC, LLC d/b/a SAPPHIRE GENTLEMEN'S CLUB; and SHAC MT. LLC (together, "SHAC Parties"), by and through their counsel, and hereby stipulate and agree as follows:

1.   On June 17, 2021, Plaintiffs filed their Complaint (ECF No. 1);

2.   On July 13, 2021, the SHAC Parties (through their counsel) executed Waivers of Service of Summons forms pursuant to Fed. R. Civ. P. 4(d) (ECF Nos. 5-6);

3.   On November 12, 2021, Plaintiffs filed their First Amended Complaint (ECF No.

11), adding Evan Zappola d/b/a Vegas VIP King as an additional Defendant;

4. Plaintiffs are in the process of attempting service of the Summons and First Amended Complaint on Mr. Zappola;

5. On November 29, 2021, Plaintiffs and the SHAC Parties submitted, and this Court approved, a Stipulation to give the SHAC Parties additional time to respond to the First Amended Complaint (ECF Nos. 13-14);

6. On December 13, 2021, the SHAC Parties filed a Motion to Dismiss the First Amended Complaint (the "Motion to Dismiss") (ECF No. 15);

7. Due to scheduling conflicts for Plaintiffs' counsel and the upcoming Christmas and New Year's holidays, the time for Plaintiffs to respond to the SHAC Parties' Motion to Dismiss shall be extended from December 27, 2021 to January 17, 2022; and

8. This is the first stipulation for an extension of time for Plaintiffs to respond to the SHAC Parties' Motion to Dismiss, and is sought in good faith and not for the purposes of delay.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED this 22nd day of December, 2021.   DATED this 22nd day of December, 2021.

ALVERSON TAYLOR & SANDERS          BAILEY❖KENNEDY

By:   /s/ *David M. Sexton*                         By:   /s/ *Joshua P. Gilmore*
   KURT R. BONDS (Nv. Bar No. 6228)            JOSHUA P. GILMORE (Nv. Bar No. 11576)
   DAVID M. SEXTON (Nv. Bar No. 14951)         REBECCA L. CROOKER (Nv. Bar No. 15202)
   6605 Grand Montecito Pkwy, Ste. 200         8984 Spanish Ridge Avenue
   Las Vegas, NV 89149                          Las Vegas, NV 89148
   *Attorneys for Plaintiffs*                   *Attorneys for SHAC Parties*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: December 27, 2021

N:\CLIENTS\27200\27274\pleading\SAO to Extend Deadline to Respond to MTD.docx

2                                           KRB/27274

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000